

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00877-CR

Antonio **AVILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7244
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court for a new trial in accordance with this court's opinion.

SIGNED August 6, 2014.

Marialyn Barnard, Justice